# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19 B 01200 |
| Jamila A King, ) | HON.  TIMOTHY A. BARNES |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## NOTICE OF MOTION

To:  Trustee Marilyn O Marshall, 224 South Michigan Ave. Suite 800, Chicago, IL 60604;

See Attached Service List.

Please take notice that on April 18, 2019, at 9:30 a.m., I shall appear before the Honorable Timothy A. Barnes in Courtroom 744 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on April 16, 2019.

_____/s/ *Alexander Nohr*_____
Attorney for Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603

```
Label Matrix for local noticing          Exeter Finance LLC, c/o AIS Portfolio Servic   NAVIENT SOLUTIONS,LLC ON BEHALF OF DEPT OF E
0752-1                                    4515 N Santa Fe Ave. Dept. APS                PO BOX 9635
Case 19-01200                             Oklahoma City, OK 73118-7901                  WILKES BARRE, PA 18773-9635
Northern District of Illinois
Eastern Division
Tue Apr 16 12:45:34 CDT 2019

PRA Receivables Management, LLC           U.S. Bankruptcy Court                         ALIGNCUMULUS
PO Box 41021                              Eastern Division                              325 W Huron St #300
Norfolk, VA 23541-1021                    219 S Dearborn                                Chicago, IL 60654-9132
                                          7th Floor
                                          Chicago, IL 60604-1702

ATI Physical Therapy                      Advocate Medical Group - Billing              AmeriCash Loans, L.L.C.
790 Remington Blvd                        29368 Network Place                           P.O. Box 1728
Bolingbrook, IL 60440-4909                Chicago, IL 60673-1293                        Des Plaines, IL 60017-1728


Americash                                 Ann & Robert Lurie Children's Hospital        Brandon S. Lefkowitz
1726 W Jefferson St                       PO Box 4066                                   29777 Telegraph Rd
Joliet, IL 60435-6741                     Carol Stream, IL 60197-4066                   Suite 2440
                                                                                        Southfield, MI 48034-7667


CAPITAL ONE                               CAPITALONE                                    CONVERGENT OUTSOURCING
P O Box 30253                             c/o Pollack & Rosen, P.C                      10750 HAMMERLY BLVD #200
Salt Lake City, UT 84130-0253             1825 Barrett Lakes Blvd Suite 510             Houston, TX 77043-2317
                                          Kennesaw, GA 30144-7519


Cash City Loans                           Chrysler Capital                              DEPT OF ED/NAVIENT
5603 W 79th Street Unit B                 c/o:  C T Corporation System                  PO BOX 9635
Burbank IL 60459-3229                     208 S Lasalle St, Suite 814                   WILKES BARRE, PA 18773-9635
                                          Chicago, IL 60604-1101


Discover Bank                             ENHANCED RECOVERY CO L                        Exeter Finance LLC
Discover Products Inc                     8014 BAYBERRY RD                              4515 N Santa Fe Ave Dept APS
PO Box 3025                               JACKSONVILLE, FL 32256-7412                   Oklahoma City, OK 73118-7901
New Albany, OH   43054-3025


Exeter Finance LLC                        Exeter Finance LLC c/o AIS Portfolio Service  HYUNDAI CAPITAL AMERIC
AIS Portfolio Services, LP                4515 N Santa Fe Ave. Dept. APS                10550 TALBERT AVE
4515 N Santa Fe Ave. Dept. APS            Oklahoma City, OK 73118-7901                  FOUNTAIN VALLEY, CA 92708-6032
Oklahoma City, OK 73118-7901


Illinois Lending                          Illinois Title Loans                          Money Messiah
1990 E Algonquin Rd Ste 180               2734 N. Western                               203 NE Front
Schaumburg, IL 60173-4164                 Chicago, IL 60647-6716                        STE 101
                                                                                        Milford, DE 19963-1431


NPRTO Illinois, LLC                       Navient Solutions, LLC. on behalf of          Progressive Leasing
256 West Data Drive                       Department of Education Loan Services         256 West Data Drive
Draper, UT 84020-2315                     PO BOX 9635                                   Draper, UT 84020-2315
                                          Wilkes-Barre, PA 18773-9635
```

| | | |
|---|---|---|
| Rushmore Financial<br>PO Box 283<br>Flandreau, SD 57028-0283 | Santander Consumer USA Inc.<br>an Illinois corporation<br>d/b/a Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-0275 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | TARGET/TD<br>PO BOX 673<br>MINNEAPOLIS, MN 55440-0673 | TD BANK USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| TD BANK USA/TARGETCRED<br>PO Box 660170<br>Dallas, TX 75266-0170 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Verizon Wireless - Bankruptcy<br>500 Technology Dr<br>Saint Charles, MO 63304-2225 |
| Jamila A King<br>3517 W 79th St<br>Chicago, IL 60652-1429 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Mitchell Shanks<br>The Semrad Law Firm, LLC<br>20 S. Clark Street, 28th floor<br>Chicago, IL 60603-1811 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Sprint Corp<br>Attention Bankruptcy<br>PO Box 7949<br>Overland Park, KS 66207-0949 | End of Label Matrix<br>Mailable recipients    42<br>Bypassed recipients     0<br>Total                  42 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19 B 01200 |
| Jamila A King, ) | HON. TIMOTHY A. BARNES |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

### MOTION TO VACATE PAYROLL ORDER

NOW COMES the Debtor, Jamila A King, by and through Debtor's attorneys, The Semrad Law Firm, LLC, and hereby moves this Honorable Court to vacate the Order for Payroll Control entered on January 17, 2019. Debtor states the following:

1. Debtor respectfully requests this motion be heard on shortened notice.

2. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C §§1334 & 157. This is a core proceeding pursuant to 28 U.S.C. §157.

3. On January 15, 2019, the Debtor filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

4. On January 17, 2019, this Honorable Court entered and Order directing Debtor, Jamila A King's employer to deduct $1,090.00 each month from Debtor's paychecks for Chapter 13 Trustee Plan payments.

5. Debtor wishes to make the plan payments on her own and thus Debtor wishes to vacate the order for payroll control.

6. That the foregoing constitutes sufficient grounds for this Court to enter an Order vacating the Order for Payroll Control entered on January 17, 2019.

WHEREFORE, Jamila A King, Debtor, respectfully requests this Honorable Court enter an Order vacating the Order for Payroll Control at docket entry number 12, and for such other and further relief as this Court deems fair and just.

Respectfully submitted,


__/s/ *Alexander Nohr*__
Attorney for the Debtors

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
 (312) 913-0625